```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 06 B 08303
   GAIL DAVIS
                                          CHAPTER 13

                                          JUDGE: JACK B SCHMETTERER

          Debtor
   SSN XXX-XX-0875

------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     The case was filed on 07/13/2006 and was confirmed 11/15/2006.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 05/07/2008.
------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                           PAID          PAID
------------------------------------------------------------------------
CREDIT ACCEPTANCE CORP   SECURED VEHIC   3607.70          265.63         1000.82
ACCOUNT RECOVERY SERVICE UNSECURED       NOT FILED           .00             .00
AFFORDABLE FURNITURE     UNSECURED       NOT FILED           .00             .00
AMSHER COLLECTION SERVIC UNSECURED       NOT FILED           .00             .00
ARROW FINANCIAL SERVICES UNSECURED       NOT FILED           .00             .00
ASSET ACCEPTANCE LLC     UNSECURED         391.96            .00             .00
ASSET ACCEPTANCE LLC     UNSECURED         167.53            .00             .00
ASSET ACCEPTANCE LLC     UNSECURED          76.88            .00             .00
BALLYS TOTAL FITNESS     UNSECURED       NOT FILED           .00             .00
HARVARD COLLECTION SERVI UNSECURED       NOT FILED           .00             .00
IC SYSTEMS               UNSECURED       NOT FILED           .00             .00
ILLINOIS COLLECTION SERV UNSECURED       NOT FILED           .00             .00
KCA FINANCIAL SERVICES   UNSECURED       NOT FILED           .00             .00
LVNV FUNDING             UNSECURED       NOT FILED           .00             .00
MEDICAL COLLECTIONS SYS  UNSECURED       NOT FILED           .00             .00
MEDICAL COLLECTION       UNSECURED       NOT FILED           .00             .00
MEDICAL COLLECTION       UNSECURED       NOT FILED           .00             .00
MIDLAND CREDIT MANAGEMEN UNSECURED          339.56           .00             .00
MIDLAND CREDIT MANAGEMEN UNSECURED          466.61           .00             .00
NCO FIN/99               UNSECURED       NOT FILED           .00             .00
PORTFOLIO RECOVERY ASSOC UNSECURED          605.39           .00             .00
PARK DANSEN              UNSECURED       NOT FILED           .00             .00
HOLY CROSS HOSPITAL      UNSECURED          325.37           .00             .00
SPIEGEL                  UNSECURED       NOT FILED           .00             .00
AFFORDABLE FURNITURE     SECURED NOT I     87.74             .00             .00
ASSET ACCEPTANCE LLC     UNSECURED         440.95            .00             .00
JEFFERSON CAPITAL SYSTEM UNSECURED         686.72            .00             .00
CITY OF CHICAGO PARKING  UNSECURED         480.00            .00             .00
COMMONWEALTH EDISON      UNSECURED         656.65            .00             .00
ROBERT J SEMRAD & ASSOC  DEBTOR ATTY     2,496.25                         1,933.62
TOM VAUGHN               TRUSTEE                                            206.87
DEBTOR REFUND            REFUND                                                .00

                  PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 06 B 08303 GAIL DAVIS
```

```
       Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                           RECEIPTS            DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE                    3,406.94

PRIORITY                                                 .00
SECURED                                             1,000.82
    INTEREST                                          265.63
UNSECURED                                                .00
ADMINISTRATIVE                                      1,933.62
TRUSTEE COMPENSATION                                  206.87
DEBTOR REFUND                                            .00
                        ---------------      ---------------
TOTALS                     3,406.94                 3,406.94
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


     Dated: 08/26/08                /s/ Tom Vaughn
                                    _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE




                              PAGE   2
           CASE NO. 06 B 08303 GAIL DAVIS